UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**DIANE H. MONTGOMERY,**

    **Plaintiff,**

**v.**                                                                 Cv. No. 17-2005-JTF

**STATE FARM MUTUAL**
 **AUTOMOBILE INSURANCE CO.,**

   **Defendant.**

# JUDGMENT

    Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal entered on May 18, 2017.

**APPROVED:**

*s/John T. Fowlkes, Jr.*                                                  THOMAS M. GOULD
JOHN T. FOWLKES, JR.                                               CLERK
UNITED STATES DISTRICT JUDGE

May 18, 2017                                                                 s/Lorri J. Fentress
DATE                                                                              (BY) LAW CLERK